# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0795

VERSUS

TYDARIOUS JACKSON                                     **OCTOBER 1, 2021**

---

In Re:      State of Louisiana, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2001359.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.** The ruling of the district court granting the defendant's motion to suppress is reversed, and this matter is remanded to the district court for further proceedings. The defendant had no reasonable expectation of privacy in the abandoned house that did not belong to him; thus, neither a warrant nor an exception to the warrant requirement is needed for the seized evidence to be admissible. **State v. Brumfield,** 2005-2500 (La. App. 1st Cir. 9/20/06), 944 So.2d 588, 592, writ denied, 2007-0213 (La. 9/28/07), 964 So.2d 353; **State v. Fielding,** 37,943 (La. App. 2d Cir. 12/10/03), 862 So.2d 420, 430, writ denied, 2004-0249 (La. 1/14/05), 889 So.2d 256.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT